BARCLAY *et al. v.* THE STATE.

WYATT, Justice. The motion for new trial contains the general grounds only. The evidence, although entirely circumstantial, was sufficient nevertheless to authorize the verdict, and the court did not err in refusing a new trial. *Judgment affirmed. All the Justices concur.*

No. 14728. NOVEMBER 30, 1943.

*Carlyle Giles,* for plaintiffs in error.

*T. Grady Head, attorney-general, C. S. Baldwin Jr., solicitor-general,* and *L. C. Groves, assistant attorney-general,* contra.